JUDGE STEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

04 CV 10108

#5

| | |
|---|---|
| JANE DOE I, JANE DOE II AND JANE DOE III, | )<br>)<br>) Civil Action No. _____ |
| Plaintiffs, | )<br>) |
| v. | ) **PLAINTIFFS' *EX PARTE* MOTION FOR**<br>) **LEAVE TO FILE COMPLAINT AND** |
| EMMANUEL CONSTANT,<br>a.k.a. TOTO CONSTANT, | ) **ACCOMPANYING PAPERS UNDER**<br>) **SEAL** |
| Defendant. | )<br>) |

Plaintiffs, by and through counsel, hereby move this Court for an order permitting the filing of the Complaint and accompanying papers, including the summons, civil cover sheet, and Motion for Leave to File Complaint as Pseudonymous Plaintiffs, under seal. The reasons for the motion appear in the Declaration of Jennifer Green attached hereto.

For these reasons and such other reasons as may appear just to the Court, Plaintiffs requests that their motion for leave to file a sealed complaint and accompanying papers be granted.

//

//

//

1

Dated: December 21, 2004

        Respectfully submitted,

        *[signature]*
        Jennifer Green (NY Bar No. JG-3169)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, NY 10012
        Tel:  (212) 614-6464
        Fax: (212) 614-6499

        Matthew Eisenbrandt
        Moira Feeney
        CENTER FOR JUSTICE & ACCOUNTABILITY
        870 Market Street, Suite 684
        San Francisco, CA 94102
        Tel: (415) 544-0444
        Fax: (415) 544-0456

        Paul Hoffman
        SCHONBRUN DESIMONE SEPLOW HARRIS &
        HOFFMAN LLP
        723 Ocean Front Walk
        Venice, CA 90291
        Tel:  (310) 396-0731
        Fax:  (310) 399-7040

        Attorneys for Plaintiffs